IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. JEFFREY STANDIFER | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:22-CV-2088-M-BK |
| | § | |
| TOM THUMB STORE, | § | |
| DEFENDANT. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant's Motion for Summary Judgment*, Doc. 65, is **GRANTED**.

**SO ORDERED** this 27th day of February, 2024.

*[Signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE